ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada  89509
Telephone: (775) 785-0088

*Attorneys for Defendants Helicopter Parts International, Inc., Harry Niwranski, and Anthony Magnotta*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERICA BARROW, an individual<br><br>Plaintiff,<br><br>v.<br><br>HELICOPTER PARTS INTERNATIONAL, INC., a Nevada Corporation; HARRY NIWRANSKI, an individual; ANTHONY MAGNOTTA; DOES I through X, Inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   3:20-cv-00528-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Erica Barrow ("Barrow") and  Defendants Helicopter Parts International, Inc. ("HPI"), Harry Niwranski  ("Niwranski"), and Anthony Magnotta ("Magnotta") (collectively, when possible, "Defendants"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendant to Respond to Complaint. Defendants seek a one-week extension to answer or otherwise respond to the Plaintiff's Complaint. This request is made in good faith to accommodate the schedule of defense counsel, and is not made for the purpose of delay, and will not result in any undue delay or prejudice.  Accordingly, the

1

Parties have agreed and stipulate that the deadline for the Defendants to answer or otherwise respond to Plaintiff's Complaint will be on or before October 30, 2020.

DATED this 22nd day of October, 2020.

BY: /s/ Sean A. Neahusan
    Sean A. Neahusan, Esq.
    Sean Neahusan, Attorney at Law, LLC
    300 S. Arlington Ave, Ste B
    Reno, NV 89501
    sean@neahusanlaw.com
    Phone: (775) 432-1581
    Fax: (775) 329-4553

*Attorneys for Plaintiff*

DATED this 22nd day of October, 2020.

BY: /s/ Jonathan A. McGuire
    ANTHONY L. HALL, ESQ.
    Nevada Bar No. 5977
    JONATHAN A. MCGUIRE, Esq.
    Nevada Bar No. 15280
    SIMONS HALL JOHNSTON PC
    6490 S. McCarran Blvd., Ste. F-46
    Reno, Nevada 89509
    Telephone: (775) 785-0088

*Attorneys for Defendants*

**IT IS SO ORDERED:**

Dated: October 22, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2