Matthew C. Piccolo, Esq.
Nevada Bar No. 14331
PICCOLO LAW OFFICES
8565 S Eastern Ave Ste 150
Las Vegas, NV 89123
Tel: (702) 630-5030
matt@piccololawoffices.com

Sean A. Neahusan, Esq.
Nevada Bar No. 11224
SEAN NEAHUSAN, ATTORNEY AT LAW, L.L.C.
300 S. Arlington Ave, Suite B
Reno, NV 89501
Tel: (775) 432-1581
sean@neahusanlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERICA BARROW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HELICOPTER PARTS INTERNATIONAL, INC, a Nevada corporation; HARRY NIWRANSKI, an individual; ANTHONY MAGNOTTA; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | **Case No.** 3:20-cv-00528-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO MOTIONS TO DISMISS**<br><br>**(First Request)** |

Plaintiff Erica Barrow ("Barrow") and Defendants Helicopter Parts International, Inc. ("HPI"), Harry Niwranski ("Niwranski"), and Anthony Magnotta ("Magnotta") (collectively, when possible, "Defendants"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Plaintiff to Respond to Motions to Dismiss.

Defendants filed two motions to dismiss the Complaint—one on October 29, 2020 (ECF

1  #11) and one on November 2, 2020 (ECF #12). The current deadlines for Plaintiff's responses are
2  November 12, 2020 and November 16, 2020. Plaintiffs request a one-week extension to respond
3  to the first motion to dismiss (ECF #11), and a two-week extension to respond to the second
4  motion to dismiss (ECF #12).

5      This request is made in good faith to accommodate the schedule of Plaintiff's counsel, and
6  because of the close proximity of the two deadlines. This request is not made for the purpose of
7  delay, and will not result in any undue delay or prejudice.  Accordingly, the Parties have agreed
8  and stipulate that the deadline for Plaintiff to respond to the first motion to dismiss (ECF #11) will
9  be on or before November 19, 2020, and the deadline for Plaintiff to respond to the second motion
10 to dismiss (ECF #12) will be on or before November 30, 2020.

DATED this 10th day of November, 2020.

BY: __/s/ Matthew C. Piccolo__
    Matthew C. Piccolo, Esq.
    Nevada Bar No. 14331
    PICCOLO LAW OFFICES
    8565 S Eastern Ave Ste 150
    Las Vegas, NV 89123
    Tel: (702) 630-5030
    matt@piccololawoffices.com

*Attorneys for Plaintiff*

DATED this 10th day of November, 2020.

BY:__/s/ Jonathan A. McGuire__
    ANTHONY L. HALL, ESQ.
    Nevada Bar No. 5977
    JONATHAN A. MCGUIRE, Esq.
    Nevada Bar No. 15280
    SIMONS HALL JOHNSTON PC
    6490 S. McCarran Blvd., Ste. F-46
    Reno, Nevada 89509
    Telephone: (775) 785-0088

*Attorneys for Defendants*

**IT IS SO ORDERED:**

Dated: __November 10__, 2020.

_____
UNITED STATES DISTRICT JUDGE