Matthew C. Piccolo, Esq.
Nevada Bar No. 14331
PICCOLO LAW OFFICES
8565 S Eastern Ave Ste 150
Las Vegas, NV 89123
Tel: (702) 630-5030
matt@piccololawoffices.com

Sean A. Neahusan, Esq.
Nevada Bar No. 11224
SEAN NEAHUSAN, ATTORNEY AT LAW, L.L.C.
300 S. Arlington Ave, Suite B
Reno, NV 89501
Tel: (775) 432-1581
sean@neahusanlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERICA BARROW, an individual, | **Case No.** 3:20-cv-00528-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** |
| HELICOPTER PARTS INTERNATIONAL, INC, a Nevada corporation; HARRY NIWRANSKI, an individual; ANTHONY MAGNOTTA; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive. | **(First Request)** |
| Defendants. | |

Plaintiff Erica Barrow ("Barrow") and Defendants Helicopter Parts International, Inc. ("HPI"), Harry Niwranski ("Niwranski"), and Anthony Magnotta ("Magnotta") (collectively, when possible, "Defendants"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Plaintiff to Respond to Motion to Dismiss.

Defendants filed two motions to dismiss the First Amended Complaint on December 2,

2020 (ECF #24, 25). The current deadline for Plaintiff's responses is December 16, 2020. Plaintiff requests a one-week extension to respond to the Special Motion to Dismiss First Amended Complaint Pursuant to NRS 41.660 (ECF #25).

This request is made in good faith to accommodate the schedule of Plaintiff's counsel, and because responses to both motions to dismiss are due on the same day. This request is not made for the purpose of delay, and will not result in any undue delay or prejudice. Accordingly, the Parties have agreed and stipulate that the deadline for Plaintiff to respond to the Special Motion to Dismiss First Amended Complaint Pursuant to NRS 41.660 (ECF #25) will be on or before December 23, 2020.

DATED this 11th day of December, 2020.

BY: /s/ Matthew C. Piccolo
Matthew C. Piccolo, Esq.
Nevada Bar No. 14331
PICCOLO LAW OFFICES
8565 S Eastern Ave Ste 150
Las Vegas, NV 89123
Tel: (702) 630-5030
matt@piccololawoffices.com

*Attorneys for Plaintiff*

DATED this 11th day of December, 2020.

BY: /s/ Jonathan A. McGuire*
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
JONATHAN A. MCGUIRE, Esq.
Nevada Bar No. 15280
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendants*

* With permission

**IT IS SO ORDERED:**

Dated: December 11, 2020.

_____
UNITED STATES DISTRICT JUDGE