SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
Phone: (775) 785-0088

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERICA BARROW, an individual<br><br>Plaintiff,<br><br>v.<br><br>HELICOPTER PARTS INTERNATIONAL, INC., a Nevada Corporation; HARRY NIWRANSKI, an individual; ANTHONY MAGNOTTA; DOES I through X, Inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   3:20-cv-00528-MMD-CLB<br><br>**ORDER RE:**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>**(First Request)** |

Plaintiff Erica Barrow ("Barrow") and Defendants Helicopter Parts International, Inc. ("HPI"), Harry Niwranski ("Niwranski"), and Anthony Magnotta ("Magnotta") (collectively, when possible, "Defendants"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendant to file a Reply in Support of Defendants' Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(6).  Defendants seek a two-week extension to file their Reply.  This request is made in good faith to accommodate the schedule of defense counsel and the holiday season, and is not made for the purpose of delay,

1

and will not result in any undue delay or prejudice. Accordingly, the Parties have agreed and stipulate that the deadline for the Defendants to file their Reply in Support of Defendants' Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(6) will be on or before January 6, 2021.

DATED this 22nd day of December, 2020.

BY: /s/ Sean A. Neahusan
Sean A. Neahusan, Esq.
Sean Neahusan, Attorney at Law, LLC
300 S. Arlington Ave, Ste B
Reno, NV 89501
sean@neahusanlaw.com
Phone: (775) 432-1581
Fax: (775) 329-4553

*Attorneys for Plaintiff*

DATED this 22nd day of December, 2020.

BY: /s/ Jonathan A. McGuire
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
JONATHAN A. MCGUIRE, Esq.
Nevada Bar No. 15280
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendants*

**IT IS SO ORDERED:**

Dated: December 29, 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2