ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada  89509
Telephone: (775) 785-0088

*Attorneys for Defendants Helicopter Parts International, Inc., Harry Niwranski, and Anthony Magnotta*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERICA BARROW, an individual<br><br>Plaintiff,<br><br>v.<br><br>HELICOPTER PARTS INTERNATIONAL, INC., a Nevada Corporation; HARRY NIWRANSKI, an individual; ANTHONY MAGNOTTA; DOES I through X, Inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   3:20-cv-00528-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO NRS 41.660**<br><br>**(First Request)** |

Plaintiff Erica Barrow ("Barrow") and Defendants Helicopter Parts International, Inc. ("HPI"), Harry Niwranski ("Niwranski"), and Anthony Magnotta ("Magnotta") (collectively, when possible, "Defendants"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendant to file a Reply in Support of Defendants' Special Motion to Dismiss First Amended Complaint Pursuant to NRS 41.660. Defendants seek a two-week extension to file their Reply.  This request is made in good faith to accommodate the schedule of defense counsel and the holiday season, and is not made for the purpose

of delay, and will not result in any undue delay or prejudice. Accordingly, the Parties have agreed and stipulate that the deadline for the Defendants to file their Reply in Support of Defendants' Special Motion to Dismiss First Amended Complaint Pursuant to NRS 41.660 will be on or before January 13, 2021.

DATED this 30th day of December, 2020.

BY: /s/ Matthew C. Piccolo
PICCOLO LAW OFFICES
8565 S Eastern Ave Ste 150
Las Vegas, NV 89123
(702) 630-5030
matt@piccololawoffices.com

*Attorneys for Plaintiff*

DATED this 30th day of December, 2020.

BY: /s/ Jonathan A. McGuire
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
JONATHAN A. MCGUIRE, Esq.
Nevada Bar No. 15280
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendants*

**IT IS SO ORDERED:**

Dated: January 4, 2021.

_____
UNITED STATES DISTRICT JUDGE

2