ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada  89509
Telephone: (775) 785-0088

*Attorneys for Defendants Helicopter
Parts International, Inc., Harry
Niwranski, and Anthony Magnotta*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERICA BARROW, an individual<br><br>Plaintiff,<br><br>v.<br><br>HELICOPTER PARTS INTERNATIONAL, INC., a Nevada Corporation; HARRY NIWRANSKI, an individual; ANTHONY MAGNOTTA; DOES I through X, Inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   3:20-cv-00528-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>**(Second Request)** |

Plaintiff Erica Barrow ("Barrow") and  Defendants Helicopter Parts International, Inc. ("HPI"), Harry Niwranski  ("Niwranski"), and Anthony Magnotta ("Magnotta") (collectively, when possible, "Defendants"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendant to file a Reply in Support of Defendants' Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(6).  Defendants seek a one-week extension to file their Reply.  The parties previously stipulated to a two-week extension to file this reply in light of defense counsel's schedule and the holiday season.  This

1

request is made in good faith to accommodate the associate attorney on the case as he has fallen ill

and is unable to work, and is not made for the purpose of delay, and will not result in any undue

delay or prejudice.  Accordingly, the Parties have agreed and stipulate that the deadline for the

Defendants to file their Reply in Support of Defendants' Motion to Dismiss First Amended

Complaint Pursuant to FRCP 12(b)(6) will be on or before January 13, 2021.

DATED this 6th day of January, 2021.

BY:   /s/ Matthew C. Piccolo
        PICCOLO LAW OFFICES
        8565 S Eastern Ave Ste 150
        Las Vegas, NV 89123
        (702) 630-5030
        matt@piccololawoffices.com

*Attorneys for Plaintiff*

DATED this 6th day of January, 2021.

BY:   /s/ Jonathan A. McGuire
        ANTHONY L. HALL, ESQ.
        Nevada Bar No. 5977
        JONATHAN A. MCGUIRE, Esq.
        Nevada Bar No. 15280
        SIMONS HALL JOHNSTON PC
        6490 S. McCarran Blvd., Ste. F-46
        Reno, Nevada 89509
        Telephone: (775) 785-0088

*Attorneys for Defendants*

**IT IS SO ORDERED:**

Dated:   January 7            , 2021.

_____
UNITED STATES DISTRICT JUDGE

SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
Phone: (775) 785-0088

2