ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendants Helicopter Parts International, Inc., Harry Niwranski, and Anthony Magnotta*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERICA BARROW, an individual<br><br>Plaintiff,<br><br>v.<br><br>HELICOPTER PARTS INTERNATIONAL, INC., a Nevada Corporation; HARRY NIWRANSKI, an individual; ANTHONY MAGNOTTA; DOES I through X, Inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   3:20-cv-00528-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Erica Barrow ("Barrow") and Defendants Helicopter Parts International, Inc. ("HPI"), Harry Niwranski ("Niwranski"), and Anthony Magnotta ("Magnotta") (collectively, "Defendants"), by and through their respective counsel, hereby agree and stipulate to dismiss this entire action with prejudice, including all claims that were or could have been asserted, with no

1

party claiming to be a prevailing party, and with each party bearing its own attorney's fees and costs.

DATED this 6th day of August, 2021.

BY: /s/ Matthew C. Piccolo
MATTHEW C. PICCOLO, ESQ.
PICCOLO LAW OFFICES
8565 S Eastern Ave Ste 150
Las Vegas, NV 89123
Telephone: (702) 630-5030

SEAN A. NEAHUSAN, ESQ.
SEAN NEAHUSAN, ATTORNEY AT LAW, LLC
300 S. Arlington Ave, Ste B
Reno, NV 89501
Telephone: (775) 432-1581

*Attorneys for Plaintiff*

DATED this 6th day of August, 2021.

BY: /s/ Jonathan A. McGuire
ANTHONY L. HALL, ESQ.
JONATHAN A. MCGUIRE, Esq.
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendants*

**IT IS SO ORDERED.**

It is further ordered that all pending motions (ECF Nos. 11, 12, 24, 25) are denied as moot.

DATED THIS 6th Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE